IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL TAYLOR, JR.,

        Petitioner,

  vs.

DON MILLS,

        Respondent.

O R D E R
Civ. No. 09-911-TC

AIKEN, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on May 6, 2010. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. 28

1 - ORDER

U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Petitioner has timely filed objections. I have, therefore, given the file of this case a <u>de novo</u> review. I ADOPT the Magistrate's Findings and Recommendation (doc. 20) that petitioner's Petition should be denied, and therefore petitioner's Petition (doc. 1) is dismissed.

IT IS SO ORDERED.

Dated this ___ day of June 2010.

                                                               _____
                                                               Ann Aiken
                                         United States District Judge

2 - ORDER